# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Jackson / Western

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Bayron O. Franco-Lopez (03)

Alias Name:

Birth Date: 09/06/1986

**Related Case Information**

Superseding Information/Indictment? ☑ Yes ☐ No If yes, original case number: 25-00257-01/03-CR-W-DGK

New Defendant(s)? ☐ Yes ☑ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA Ragner, Ashleigh A.**

**Interpreter Needed?**

☑ Yes    Language and/or Dialect: Unknown Spanish
☐ No

**Location Status**

Arrest Date: 01/15/2026

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☑ No

**Warrant Required?** ☐ Yes ☑ No

**U.S.C. Citations**

Total # of Counts        2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 21:841A=CD.F Distribution of Methamphetamine | 5 |
| 3 | 21:853.F Criminal Forfeiture | |
| 4 | | |

(May be continued on reverse)

revised: 05/21/2025